# PD-1460-16

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2016

Abel Acosta, Cler

To the Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

No. _____
[court of appeals number]

Jose Castillo
[name]

Trial Court Case Number: 130/3/8

From Trial Court Number: 14-15-00753-CL

Harris County, Texas

vs.

The State of Texas

---

## Pro Se Appellant's Motion to Extend Time to File PDR

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

To The Honorable Judges Of The Court Of Criminal Appeals:

### I.

The court of appeals issued its decision on DEC. 8, 2016

The PDR in this case is due 30 days later on JAN 8, 2016

### II.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension is timely filed within 15 days after the original due date for the PDR. Appellant requests this extension because he needs time to file a pro se PDR.

## III.

Appellant requests an extension of at least 60 days, which is necessary so that the PDR can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

Respectfully submitted,

_Jose Castillo_
[signature]

_Jose Castillo #2019371_
[print name]  12-15-16

_Connally Unit_

_899 Fm 632_

_Kenedy TX. 78119_

_____
[address]

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above has been sent to the Harris County District Attorney's Office by mail to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, TX 77002

_Jose Castillo_
12-15-16